UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARVIN D. GUY | CIVIL ACTION NO. 16-00184 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LARRY G. COX, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation, and for those additional reasons stated in this Court's Ruling,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Civil Rights Complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

MONROE, LOUISIANA, this 27th day of July, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE